DYRANESHIA WARREN, INDIVIDUALLY
AND AS THE LEGAL HEIR OF CHALANTA
BROWN AND BOBBIE FRANKLIN, JR.,
INDIVIDUALLY AND AS THE LEGAL HEIR
OF CHALANTA BROWN

VERSUS

HDI GLOBAL INSURANCE COMPANY;
GAUBERT OIL COMPANY, INC.; GRADY
GAUBERT; GLENN ROBICHAUX JR. AND
STATE OF LOUISIANA, THROUGH
DEPARTMENT OF PUBLIC SAFETY AND
CORRECTIONS, LOUISIANA STATE
POLICE, ET AL.

NO. 19-C-218

FIFTH CIRCUIT

COURT OF APPEAL

STATE OF LOUISIANA

August 30, 2019

Mary E. Legnon

Chief Deputy Clerk

---

## ON APPLICATION FOR REHEARING

---

Panel composed of Fredericka Homberg Wicker,
Jude G. Gravois, Marc E. Johnson, Robert A. Chaisson, and John J. Molaison, Jr.

**WOULD GRANT**

    **JJM**

**DENIED REHEARING WITHOUT REASONS**

    **MEJ**
    **FHW**
    **JGG**
    **RAC**

SUSAN M. CHEHARDY
CHIEF JUDGE

FREDERICKA H. WICKER
JUDE G. GRAVOIS
MARC E. JOHNSON
ROBERT A. CHAISSON
STEPHEN J. WINDHORST
HANS J. LILJEBERG
JOHN J. MOLAISON, JR.

JUDGES

MARY E. LEGNON
INTERIM CLERK OF COURT

CHIEF DEPUTY CLERK

SUSAN BUCHHOLZ
FIRST DEPUTY CLERK

MELISSA C. LEDET
DIRECTOR OF CENTRAL STAFF

(504) 376-1400
(504) 376-1498 FAX



FIFTH CIRCUIT

101 DERBIGNY STREET (70053)

POST OFFICE BOX 489

GRETNA, LOUISIANA 70054

www.fifthcircuit.org

## NOTICE OF DISPOSITION CERTIFICATE OF DELIVERY

I CERTIFY THAT A COPY OF THE DISPOSITION IN THE FOREGOING MATTER HAS BEEN TRANSMITTED IN ACCORDANCE WITH **UNIFORM RULES - COURT OF APPEAL, RULE 4-6** THIS DAY <u>08/30/2019</u> TO THE TRIAL JUDGE, THE TRIAL COURT CLERK OF COURT, AND AT LEAST ONE OF THE COUNSEL OF RECORD FOR EACH PARTY, AND TO EACH PARTY NOT REPRESENTED BY

**MARY E. LEGNON**
INTERIM CLERK OF COURT

**19-C-218**

### E-NOTIFIED
Wm. David Coffey (Relator)
Angela J. O'Brien (Relator)

### MAILED
Monique N. Green (Respondent)
Attorney at Law
10555 Lake Forest Boulevard
Suite 7B
New Orleans, LA 70127

Nathan M. Gaudet (Respondent)
Attorney at Law
365 Canal Street
Suite 2550
New Orleans, LA 70130

Thomas D. Bowers, III  (Respondent)
pro hac vice
6363 North State Highway 161
Suite 450
Irving, TX 75038

Hon. Jeffrey M. Landry (Relator)
Attorney General
Louisiana Department of Justice
1885 North 3rd Street
6th Floor, Livingston Building
Baton Rouge, LA 70802